Daniel H. Qualls (Bar # 109036)
Robin G. Workman (Bar # 145810)
Aviva N. Roller (Bar # 245415)
**QUALLS & WORKMAN, L.L.P.**
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>Defendants. | No. 3:09-cv-05813-CRB<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

///
///
///
///
///

The parties, by and through their counsel of record, hereby stipulate and agree that the Case Management Conference currently set for March 26, 2010, be continued to April 16, 2010 at 8:30 a.m. to accommodate counsel's schedule.

Date: March 12, 2010

QUALLS & WORKMAN, L.L.P.

Robin G. Workman
Attorney for Plaintiff Stephen Gales
and all others similarly situated

Dated: March 12, 2010

SEYFARTH SHAW, LLP

Alfred L. Sanderson, Jr.
Attorney for Defendant, WinCo Foods, LLC

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Case Management Conference currently set for March 26, 2010, be continued to April 16, 2010 at 8:30 a.m.

Dated: March 23, 2010

Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer