QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar #109036)
Robin G. Workman (Bar #145810)
Aviva N. Roller (Bar #245415)
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>Defendants. | No. 3:09-cv-05813-CRB<br><br>**STIPULATION TO CONTINUE TIME WITHIN WHICH TO PARTICIPATE IN A MEDIATION** |

WHEREAS, the parties in the above-entitled case were ordered to participate in mediation within 90 days from March 1, 2010, which was continued by Order of this Court on June 2, 2010; and,

WHEREAS, the parties have not completed the necessary pre-mediation discovery to allow this to occur, the parties have not yet participated in a mediation;

IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto, as follows:

The parties agree to continue the mediation until the parties have sufficient time to conduct the discovery necessary to allow the mediation to be fruitful. The parties therefore jointly request that the Court continue the time by which the parties have to participate in a mediation for 120 days.

This stipulation may be executed in counterparts and a fax or e-mail attachment signatures shall be considered an original.

Date: September 24, 2010                    QUALLS & WORKMAN, L.L.P.

                                            By:   \s\ Robin G. Workman
                                                  Robin G. Workman
                                                  Attorney for Plaintiff Stephen Gales
                                                  and all others similarly situated

Dated: September 24, 2010                   SEYFARTH SHAW, LLP

                                            By:   \s\ Alfred L. Sanderson, Jr.
                                                  Alfred L. Sanderson, Jr.
                                                  Attorney for Defendant, WinCo Foods, LLC

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED**:

The parties' request to continue for 120 days the date by which they are to participate in a mediation is hereby GRANTED.

Dated: September 29, 2010                   _____
                                            Honorable Charles R. Breyer
                                            United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*