QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar #109036)
Robin G. Workman (Bar #145810)
Aviva N. Roller (Bar #245415)
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>Defendants. | No. 3:09-cv-05813-CRB<br><br>**STIPULATION TO CONTINUE TIME WITHIN WHICH TO PARTICIPATE IN A MEDIATION** |

WHEREAS, the Court ordered the parties in the above-entitled case to participate in mediation within 90 days from March 1, 2010, which date the Court continued on September 29, 2010, to January 22, 2011; and,

WHEREAS, the parties just recently completed the discovery necessary to present the Court with a motion for class certification and WinCo Foods is not prepared to participate in

1  mediation until after the Court rules on class certification, the parties have not yet participated in a
2  mediation;
3     IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto, as
4  follows:
5     The parties agree to continue the mediation until after the Court rules on Plaintiff's motion
6  for class certification. The parties therefore jointly request that the Court continue the time by
7  which the parties have to participate in a mediation to a date following this Court's ruling
8  Plaintiff's motion for class certification.
9     This stipulation may be executed in counterparts and a fax or e-mail attachment signatures
10 shall be considered an original.

11 Date: January 18, 2011                    QUALLS & WORKMAN, L.L.P.

13                                          By:  \s\ Robin G. Workman
                                                 Robin G. Workman
14                                               Attorney for Plaintiff Stephen Gales
                                                 and all others similarly situated

16 Dated: January 18, 2011                   SEYFARTH SHAW, LLP

18                                          By:  \s\ Alfred L. Sanderson, Jr.
                                                 Alfred L. Sanderson, Jr.
19                                               Attorney for Defendant, WinCo Foods, LLC

21                                    **ORDER**
22     Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY**
23 **ORDERED**:
24     The parties' request to continue the date by which they are to participate in a mediation to
25 a date following this Court's ruling on Plaintiff's motion for class certification is hereby
26 GRANTED.
27 Dated: Feb. 8, 2011                       _____
                                              Honorable Charles R. Breyer
28                                            United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer — United States District Court, Northern District of California