QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar #109036)
Robin G. Workman (Bar #145810)
Aviva N. Roller (Bar #245415)
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>Defendants. | No. 3:09-cv-05813-CRB<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITS ON PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

///

///

///

///

1     WHEREAS, Plaintiff filed a 15-page Motion for Class Certification on April 1, 2011; and,

2     WHEREAS, the Court granted Defendant's Motion to Extend the Page Limit of its brief in opposition to 25 pages; and,

    WHEREAS, the granting of class certification is a complex issue and warrants additional page limits to fully brief the matter;

    IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto, as follows:

    Plaintiff shall have an extension from 15 to 20 pages for the reply brief in support of his Motion for Class Certification due on May 16, 2011.

    This stipulation may be executed in counterparts and a fax or e-mail attachment signatures shall be considered an original.

Date: May 4, 2011      QUALLS & WORKMAN, L.L.P.

By:   \s\ Robin G. Workman
Robin G. Workman
Attorney for Plaintiff Stephen Gales
and all others similarly situated

Dated: May 4, 2011      SEYFARTH SHAW, LLP

By:   \s\ Alfred L. Sanderson, Jr.
Alfred L. Sanderson, Jr.
Attorney for Defendant, WinCo Foods, LLC

## ORDER

It is hereby ORDERED that the page limit for Plaintiff's reply in support of his Motion for Class Certification shall be extended from 15 to 20 pages.

**IT IS SO ORDERED**.

DATED: May 6, 2011

Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

STIP RE PAGE LIMITS     -2-     3184\MOTIONS\PAGELIMITSTIP.DOC