QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar #109036)
Robin G. Workman (Bar #145810)
Aviva N. Roller (Bar #245415)
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
Brandon R. McKelvey (State Bar No. 217002)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WINCO FOODS, et al.,<br><br>　　　　Defendants. | Case No. 3:09-cv-05813-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OBJECTION TO REPLY EVIDENCE PURSUANT TO LOCAL RULE 7-3**<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint filed: September 24, 2009<br>Trial Date: None Set |

13486294v.1                                   1

Stipulation and [Proposed] Order To Extend Time For Defendant to File Objection to Reply Evidence Pursuant to
Local Rule 7-3

1   Plaintiff STEPHEN GALES ("plaintiff") and defendant WINCO FOODS, LLC
2   ("WinCo"), by and through their attorneys of record, hereby stipulate that WinCo's deadline for
3   filing and serving an Objection to Reply Evidence pursuant to Local Rule 7-3 shall be extended
4   seven days, to June 24, 2011.

5   **IT IS SO STIPULATED.**

7   DATED: June ___, 2011                         SEYFARTH SHAW LLP

9                                                 By___/s/ Alfred L. Sanderson, Jr._____
10                                                      Alfred L. Sanderson, Jr.
                                                        Brandon R. McKelvey
                                                        Sophia Kwan
11                                                Attorneys for Defendant
                                                  WINCO FOODS, LLC

13  DATED: June ___, 2011                         QUALLS & WORKMAN LLP

15                                                By___/s/ Robin Workman_____
                                                        Robin Workman
16                                                      Aviva Roller
                                                  Attorneys for Plaintiff
17                                                STEPHEN GALES

20  **IT IS SO ORDERED.**

21  June 23, 2011

22                                                _____
                                                  Charles R. Breyer
                                                  United States District Judge

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]

13486294v.1                                       2

Stipulation and [Proposed] Order To Extend Time For Defendant to File Objection to Reply Evidence Pursuant to Local Rule 7-3

Case No. 3:09-cv-05813-CRB