Daniel H. Qualls (Bar # 109036)
Robin G. Workman (Bar # 145810)
Aviva N. Roller (Bar # 245415)
**QUALLS & WORKMAN, L.L.P.**
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar # 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff Stephen Gales,
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALES, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 3:09-cv-05813-CRB<br><br>**STIPULATION AND ORDER CONTINUING CERTAIN TRIAL RELATED DEADLINES** |

WHEREAS the Court scheduled a trial in the within action to occur on October 29, 2012;

WHEREAS, based on the trial date, the statutory deadline to disclose expert witnesses is current May 22, 2012;

WHEREAS, based on the trial date, the discovery cutoff is set for July 20, 2012;

WHEREAS the parties participated in a first mediation with Court Appointed mediator Eric Angstadt on April 30, 2012, and,

WHEREAS the parties have a further mediation scheduled on June 29, 2012, with private mediator, Mark Rudy;

IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto, as follows:

1) the deadline to disclose experts of May 22, 2012, is hereby continued to August 20, 2012; and,

2) the discover cut-off deadline of July 20, 2012, is hereby continued to August 20, 2012.

The continuation of these dates will allow the parties time to prepare and participate in the mediation scheduled with Mark Rudy on June 29, 2012, while preserving these dates should the mediation be unsuccessful.

This stipulation may be executed in counterparts and a fax or e-mail attachment signatures shall be considered an original.

Date: May 16, 2012    QUALLS & WORKMAN, L.L.P.

/s/Robin G. Workman
Attorney for Plaintiff Stephen Gales
and all others similarly situated

Dated: May 16, 2012    SEYFARTH SHAW, LLP

/s/Alfred L. Sanderson, Jr.
Attorney for Defendant, WinCo Foods, LLC

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED**:

The parties' request is hereby GRANTED as follows:

1) the deadline to disclose experts of May 22, 2012, is hereby continued to August 20, 2012; and,

2) the discover cut-off deadline of July 20, 2012, is hereby continued to August 20, 2012.

Dated: May 25, 2012



Honorable Charles R. Breyer
United States District Judge